UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY A. COOMBS, | Civil No. C21-5481-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). On remand, the Social Security Appeals Council shall direct the ALJ to affirm the finding of disability beginning July 1, 2019; conduct a new administrative hearing; further develop the record; reevaluate the opinions of record, including the opinion of Angela Bachel, DPT; reevaluate the testimony evidence and lay evidence; proceed with the sequential evaluation as necessary; and issue a new decision.

Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon proper presentation, the Court will consider Plaintiff's application for reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

DATED this 15th day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Michael J. Mullen
MICHAEL J. MULLEN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2748
Fax: (206) 615-2531
michael.j.mullen@ssa.gov